IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANNETH PEDERSON,<br>INDIVIDUALLY AND AS<br>REPRESENTATIVE OF ALL OTHERS<br>SIMILARLY SITUATED;<br>    *Plaintiff*<br><br>-vs-<br><br>UNILEVER N.V.,  UNILEVER PLC,<br>UNILEVER HOME AND PERSONAL<br>CARE, NA,  CONOPCO, INC.,<br>UNILEVER MANUFACTURERA S. DE<br>R.L. DE CV, (UNILEVER DE MEXICO);<br>AND  DOE,<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-20-CV-00020-XR |

**ORDER**

On this date, the Court considered the status of the above-captioned case. On October 2, 2020, the Court granted Defendant Conopco, Inc.'s motion to dismiss. ECF No. 50. Now there are no remaining defendants that have entered appearances. Given these circumstances, the Court concludes that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore **DIRECTED** to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request of any party or on the Court's own motion. Further, the Plaintiff is **ORDERED** to file a status report with this Court **every 30 days**,

2

beginning on **January 8, 2021**, indicating the progress of the Plaintiff's attempts to effectuate service on the remaining defendants.

It is so **ORDERED**.

**SIGNED** on this 1st day of December, 2020.

                                                  Xavier Rodriguez
                                                  United States District Judge